[J-46-2016] [MO:Donohue, J.]

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 66 MAP 2015 |
| | : | |
| Appellee | : | Appeal from the Order of the Superior |
| | : | Court dated February 9, 2015 at No. |
| | : | 386 MDA 2014 reversing the Order of |
| v. | : | the Court of Common Pleas of Clinton |
| | : | County, Criminal Division, dated |
| | : | February 26, 2014 at No. CP-18-CR- |
| RAHIEM CARDEL FANT, | : | 0000415-2013 |
| | : | |
| Appellant | : | SUBMITTED:  March 16, 2016 |

## CONCURRING AND DISSENTING OPINION

**JUSTICE TODD**                                          **DECIDED:  September 28, 2016**

I join the Majority Opinion, except for its mandate.  For the reasons expressed by Justice Baer, see Dissenting Opinion (Baer, J.) at 5-6, I would remand the matter to the Superior Court for resolution of the remaining issues presented by the Commonwealth to, but not addressed by, that court.